Michelle E. Armond (Bar No. 227439)
michelle.armond@armondwilson.com
**ARMOND WILSON LLP**
895 Dove Street, Suite 300
Newport Beach, CA 92660
Phone: (949) 932-0778
Facsimile: (512) 345-2924

Thomas L. Duston
tduston@marshallip.com
John J. Lucas
jlucas@marshallip.com
**MARSHALL, GERSTEIN & BORUN LLP**
233 S. Wacker Dr.
6300 Willis Tower
Chicago, IL 60606
Phone: (312) 474-6300
Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS INC.

Isaac P. Rabicoff
isaac@rabilaw.com
**RABICOFF LAW LLC**
1655 Fort Myer Drive, Suite 724B
Arlington, VA 22209
Phone: (773) 669-4590
Attorneys for Plaintiff
CEDAR LANE TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC, <br><br> Plaintiff, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 3:20-cv-00552-WHO <br><br> Hon. Judge William H. Orrick <br><br> **NOTICE OF SETTLEMENT** |

1. The parties have reached a settlement agreement in principle.

2. On February 11, 2020, the parties emailed a request to this Court's deputy clerk that, subject to the Court's approval, this case be conditionally dismissed with prejudice (including language for a proposed order).

3. In particular, the parties would agree to conditionally dismiss this matter, provided that it may be reinstated within 45 days upon notice to the Court that settlement could not be finalized. In the absence of such notice, the parties agree that the dismissal may become final at the conclusion of the 45 days and be deemed to be WITH PREJUDICE, each party bearing its own fees and costs.

4. The parties therefore submit this Notice of Settlement to the Court, and respectfully request that the proposed dismissal order be entered.

Dated: March 4, 2020

Respectfully submitted,

/s/ Isaac P. Rabicoff
Isaac P. Rabicoff
isaac@rabilaw.com
RABICOFF LAW LLC
1655 Fort Myer Drive, Suite 724B
Arlington, VA 22209
Phone: (773) 669-4590

Attorneys for Plaintiff
CEDAR LANE TECHNOLOGIES INC.

/s/ Michelle E. Armond
Michelle E. Armond (Bar No. 227439)
michelle.armond@armondwilson.com
ARMOND WILSON LLP
895 Dove Street, Suite 300
Newport Beach, CA 92660
Phone: (949) 932-0778
Facsimile: (512) 345-2924

Thomas L. Duston
tduston@marshallip.com
John J. Lucas
jlucas@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr.
6300 Willis Tower
Chicago, IL 60606
Phone: (312) 474-6300

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS INC.

**Local Rule 5-1(i)(3) Attestation**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

/s/ Michelle E. Armond
Michelle E. Armond

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 4, 2020.

/s/ Michelle E. Armond
Michelle E. Armond