Michelle E. Armond (Bar No. 227439)
michelle.armond@armondwilson.com
**ARMOND WILSON LLP**
895 Dove Street, Suite 300
Newport Beach, CA 92660
Phone: (949) 932-0778
Facsimile: (512) 345-2924

Thomas L. Duston
tduston@marshallip.com
John J. Lucas
jlucas@marshallip.com
**MARSHALL, GERSTEIN & BORUN LLP**
233 S. Wacker Dr.
6300 Willis Tower
Chicago, IL 60606
Phone: (312) 474-6300
Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS INC.

Isaac P. Rabicoff
isaac@rabilaw.com
**RABICOFF LAW LLC**
1655 Fort Myer Drive, Suite 724B
Arlington, VA 22209
Phone: (773) 669-4590
Attorneys for Plaintiff
CEDAR LANE TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC, <br><br> Plaintiff, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 3:20-cv-00552-WHO <br><br> Hon. Judge William H. Orrick <br><br> **ORDER GRANTING STIPULATED NOTICE OF SETTLEMENT and DISMISSAL** |

Having considered the Stipulated Notice of Settlement by the Parties,

IT IS HEREBY ORDERED that:

1. This matter is conditionally dismissed, provided that it may be reinstated within 45 days upon notice to the Court that settlement could not be finalized. In the absence of such notice, the parties agree that the dismissal may become final at the conclusion of the 45 days and be deemed to be WITH PREJUDICE, each party bearing its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 6, 2020

_____
Honorable Judge William H. Orrick
United States District Judge